**Dismiss and Opinion Filed March 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00276-CR
### No. 05-14-00277-CR

**MARCUS QUIN BUTLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-60367-L, F12-71810-L**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Francis

Marcus Quin Butler pleaded guilty to sexual assault and stalking. In each case, the trial court followed the plea agreement and sentenced appellant to imprisonment for three years. The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610, 614–15 (Tex. Crim. App. 2005). We dismiss the appeals for want of jurisdiction.

/Molly Francis/

Do Not Publish
TEX. R. APP. P. 47
140276F.U05

MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

MARCUS QUIN BUTLER, Appellant

No. 05-14-00276-CR V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F12-60367-L.
Opinion delivered by Justice Francis,
Justices Moseley and Lang participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered March 17, 2014

/Molly Francis/

MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARCUS QUIN BUTLER, Appellant

No. 05-14-00277-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F12-71810-L.
Opinion delivered by Justice Francis,
Justices Moseley and Lang participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered March 17, 2014

/Molly Francis/
MOLLY FRANCIS
JUSTICE